UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TRAVELERS CASUALTY INSURANCE )
COMPANY OF AMERICA A/S/O )
STATE & LOUISE, LLC, )
and 216 LOUISE, LLC )
 )
      Plaintiff, ) No. 3:14-cv-02262
 ) JURY DEMAND
v. )
 )
LILIANA SANCHEZ d/b/a )
LS PLUMBING, PRECISION )
PLUMBING COMPANY, INC., )
TRISTAR CONSTRUCTION, INC., )
JOSE GUADALUPE PEREZ, JOSE )
GUADALUPE PACHECO, JOSE RICARDO )
CAMPOS, ARTURO SANCHEZ, AND )
DELFINO SANCHEZ, )
 )
      Defendants. )

ORDER:

This motion is granted. The Clerk is directed to terminate Docket Entry Nos. 58, 61, 64, 73 and 77 as withdrawn by the moving parties.

John Bryant
USMJ

## JOINT MOTION OF PLAINTIFF, TRISTAR, AND PRECISION FOR LEAVE TO WITHDRAW CERTAIN MOTIONS.

Pursuant to Rule 16, plaintiff, TriStar Construction, Inc., and Precision Plumbing Company, Inc. ("Movants") jointly move the Court for leave to withdraw the following motions without prejudice to moving for the same relief later: DE ## 58, 61, 64, 73, and 77.

Movants move the Court to enter an order ruling that the Movants may withdraw said motions and that said motions are withdrawn upon entry of the order granting this motion (so that no further action will be required by Movants to withdraw the listed motions).

The Court should grant this motion to limit potentially unnecessary pretrial activities in accordance with Fed. R. Civ. P. 16(a)(3) and to facilitate settlement in accordance with Fed. R. Civ. P. 16(a)(5).